IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. and NESTLÉ SKIN HEALTH S.A., Plaintiffs, | § § § § | |
| v. | § § | C.A. No. 16-732 LPS |
| PERRIGO UK FINCO L.P. and PERRIGO CO., Defendants. | § § § § § § | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Galderma Laboratories, L.P. and Nestlé Skin Health S.A., together with Defendants Perrigo UK FINCO L.P. and Perrigo Co., through their respective counsel, file this Stipulation for Dismissal Without Prejudice, as follows:

1. This action and claims brought herein are dismissed without prejudice.

2. Each party shall bear its own costs and fees.

3. Notwithstanding the dismissal, the Court retains jurisdiction over this matter for the purposes of enforcing the parties' settlement agreement, should any disputes arise under that agreement.

Respectfully submitted,

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

OF COUNSEL:
Gerald J. Flattmann
Evan D. Diamond
Vanessa Y. Yen
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

**ATTORNEYS FOR PLAINTIFFS GALDERMA LABORATORIES, L.P. AND NESTLÉ SKIN HEALTH S.A.**

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com
dab@pgmhlaw.com

OF COUNSEL:
Christine J. Siwik
William A. Rakoczy
Alice L. Riechers
Gregory A. Duff

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6304

**ATTORNEYS FOR PERRIGO UK FINCO L.P. AND PERRIGO CO.**